**Robert BARFIELD, Appellant,**

v.

**John AULT; Charles Harper; Dave De-Grange; Christopher Jones; Sheryl Lockwood; Darrell Moeller, Appellees.**

No. 10–1847.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 2, 2010.

Filed: Nov. 8, 2010.

Robert Barfield, Anamosa, IA, pro se.

Jeffrey M. Lipman, Lipman Law Firm, argued, Des Moines, IA, for Appellant.

H. Loraine Wallace, Attorney General's Office, argued, Des Moines, IA, for Appellees.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Inmate Robert Barfield appeals following the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful review of the record and de novo review, we conclude that certain claims were properly dismissed under 28 U.S.C. § 1915A, and that Barfield created no trialworthy issues on his remaining

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

claims. Accordingly, we affirm. *See* 8th Cir. R. 47B.